UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CELINA MUTUAL INSURANCE COMPANY, a member of a pool of companies known as Celina Insurance Group, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:15-cv-01144-JMS-TAB |
| CUSTOM TOUCH BUILDERS, INC., JUSTUS HOME BUILDERS, INC., and JUSTUS AT WESTFIELD, LLC. | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff, Celina Mutual Insurance Company, a member of a pool of companies known as Celina Insurance Group, by counsel, and Defendants, Justus Home Builders, Inc. and Justus at Westfield, LLC, by counsel, and Defendant, Custom Touch Builders, Inc., have filed their Stipulation of Dismissal, agreeing that any and all claims which were or could have been raised in the above-captioned cause by and/or against any party hereto are to be dismissed, with prejudice, each party to bear its own costs and fees.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that all claims which were or could have been raised in the above-captioned cause by and/or against any party hereto are dismissed, with prejudice, each party to bear its own costs and fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED by this Court that the above-captioned cause of action is hereby dismissed, with prejudice.

Date: _____November 29, 2016_____

_____

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution to**:

Anna M. Mallon
James P. Strenski
CANTRELL STRENSKI & MEHRINGER, LLP
150 West Market St., Suite 800
Indianapolis, IN 46204

William W. Gooden
Sean A. Brown
Michael P. Maxwell, Jr.
CLARK QUINN MOSES SCOTT & GRAHN, LLP
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204

John Gray, President
CUSTOM TOUCH BUILDERS, INC.
402 Wild Ridge Dr.
Noblesville, IN 46060